UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **711 TCHOUPITOULAS CONDO. ASSOCIATION, INC.** | **CIVIL ACTION NO: 22-CV-276** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **INDEPENDENT SPECIALTY INSURANCE CO.** | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## ORDER OF DISMISSAL

The Court has been made aware that this matter has settled. Accordingly, **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty days of this order. Each party shall bear its own costs. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. The parties are reminded that, if witnesses have been subpoenaed, every witness must be informed by counsel not to appear.

New Orleans, Louisiana, this 5th day of August 2024.

_____
**DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE**